United States Bankruptcy Court
Northern District Of Ohio
Toledo, Ohio Division

In Re: Eric M. Dickman      *      Case No. 17-32889
       Renee Dickman      *      Chapter 13

         Debtors      *

                      *      Judge: Mary Ann Whipple

### DEBTORS' OBJECTION TO PROOF OF CLAIM FILED BY FEDERAL NATIONAL MORTGAGE ASSOCIATION
### (Claim No. 2-1

The Debtor, by and through counsel, hereby objects to the Proof of Claim filed by Federal National Mortgage Association . In support of this Objection Debtor avers:

1. The proof of claim is based upon cost and fees that have been improperly access to the mortgage account.
2. The Escrow monthly payment is based on insurance and tax costs that are inflated.

**WHEREFORE**, Debtors pray that the filed by Federal National Mortgage be modified , or alternatively, that this matter be set for hearing.

Respectfully submitted,

/s/Gaye Harris-Miles
Gaye Harris-Miles Bar # 0037220
Attorney for Debtors
P O Box 478
Sandusky, OH 44870
Phone: 419-626-4700
Fax: 419-502-0014
Email: gayeharrismiles@outlook.com

## CERTIFICATE OF SERVICE
## AND NOTICE PURSUANT TO LOCAL RULE 9013-3

  Please take note that all parties have fourteen (14) days from the date of service, as set forth on the Certificate of Service herein, to file an objection to the relief sought within this pleading, and if that objection is not timely filed with the Court and served upon the Movant, Gaye Harris-Miles, P.O. Box 478, Sandusky, OH 44870, the Court may grant the relief sought without further notice.

  I certify that a copy of the foregoing was sent to the individuals listed below by ordinary US Mail or by electronic transmission to those persons capable of being served by ECF, this 18th day of April 2018

Elizabeth Vaughan, Trustee
316 N. Michigan St. - #501
Toledo, OH 43604
  *Served Electronically at Chap13Toledo@chapter13toledo.com

Office of the US Trustee
Howard Metzenbaum US Courthouse
201 Superior Ave.
Cleveland, OH 44114
  *Served Electronically at (registeredaddress)@usdoj.gov

FEDERAL NATION MORTGAGE
C/O SETERUS
14523 SW MILLLIKAN WAY, SUITE 200
Beaverton, OR 97005-2352

SANDHU LAW GROUP
1213 PROSPECT AVE, SUITE 300
Cleveland, OH 44115

Seterus
PO Box 2008
Grand Rapids, MI 49501-2008

Eric M. Dickman and Renee Dickman
4590 State Route 99
Monroeville, OH 44847-9430

           By: /s/Gaye Harris-Miles_____
             Gaye Harris-Miles
             Attorney for Debtors