**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Mary Ann Whipple
United States Bankruptcy Judge

**Dated: June 19 2018**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re ) | Case No. 17-32889 |
| ) | |
| Eric M. Dickman and Renee Y. Dickman, ) | Chapter 13 |
| ) | |
| Debtor(s) ) | JUDGE MARY ANN WHIPPLE |
| ) | |

### ORDER DENYING CLAIM OBJECTION

This matter came before the court for hearing on June 19, 2018, on Debtors' Objection to Claim # 2 of Claimant Federal National Mortgage Association [Doc. # 35] ("Objection"). The Chapter 13 Trustee and an Attorney for Claimant Federal National Mortgage Association appeared in person at the hearing. Attorney for Debtors appeared by telephone at the hearing.

Debtors having been provided with information about the calculation of and the costs, fees and escrow amounts in the claim, their objection on that basis is resolved. To the extent, if any, that there is a loan modification or other basis upon which payments should be adjusted, that issue may be addressed separately. The Objection will therefore be denied.

**IT IS THEREFORE ORDERED** that Debtors' Objection to Claim # 2 of Claimant Federal National Mortgage Association [Doc. # 35] is **DENIED,** without prejudice.

###